```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROBERT BROOKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security | : | NO. 05-2201 |

**ORDER**

     **AND NOW**, this 5th day of January, 2006, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation (Doc. No. 12) are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**[1];

3. The Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**;

4. The Commissioner's Motion for Summary Judgment (Doc. No. 9) is **GRANTED**.

5. **JUDGMENT** is entered in favor of the Commissioner and against Plaintiff.

```
                              BY THE COURT:
                              /s/ John R. Padova
                              _____
                              John R. Padova, J.
```

---

[1] Plaintiff's objections to the Magistrate Judge's Report and Recommendation present no new issues and arguments. The issues and arguments that have been set forth by such objections have been correctly and adequately addressed by the Magistrate Judge's Report and Recommendation which is now approved and adopted.